George V. AYLWARD, Jr., Receiver of Lowman Wine & Bottling Company, Inc., Appellant, v. AMERICAN UNION INSURANCE COMPANY et al.

No. 14598.

United States Court of Appeals
Eighth Circuit.

May 6, 1952.

Donald Johnson, Kansas City, Mo., for appellant.

Hogsett, Trippe, Depping, Houts & James, Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of diligent prosecution, on motion of appellees. 101 F.Supp. 20.

George V. AYLWARD, Jr., Receiver of Lowman Wine & Bottling Company, Inc., Appellant, v. AMERICAN UNION INSURANCE COMPANY et al.

No. 14599.

United States Court of Appeals
Eighth Circuit.

May 6, 1952.

Donald Johnson, Kansas City, Mo., for appellant.

Hogsett, Trippe, Depping, Houts & James, Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of diligent prosecution, on motion of appellees. 101 F.Supp. 20.

William J. BANKS, Petitioner and Appellant, v. Herbert H. HANN, Warden of Nebraska State Penitentiary.

No. 14604.

United States Court of Appeals
Eighth Circuit.

May 9, 1952.

William J. Banks, Pro Se.

PER CURIAM.

Motion of Petitioner for Appeal and for Review of All Proceedings, etc., denied, and appeal filed in District Court dismissed for want of jurisdiction.

COMMISSIONER OF INTERNAL REVENUE v. J. P. QUIRK.

COMMISSIONER OF INTERNAL REVENUE v. ESTATE of W. M. WRIGHT, Deceased, Mrs. Ollie Belle Wright, Executrix.

Nos. 13782, 13783.

United States Court of Appeals
Fifth Circuit.

June 12, 1952.

Helen Goodner, Ellis N. Slack, Robert N. Anderson, Irving I. Axelrad, Sp. Assts. to Atty. Gen., Theron Lamar Caudle, Asst. Atty. Gen., Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, Claude R. Marshall, Sp. Atty., Washingon, D. C., for petitioner.

W. H. Harris, Scott R. Williams, Fort Valley, Ga., for respondent.

Before HUTCHESON, Chief Judge, and RUSSELL and STRUM, Circuit Judges.